# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Tug Hill Construction, Inc. ) ASBCA No. 58756
)
Under Contract No. W9126G-09-D-0006 )

APPEARANCE FOR THE APPELLANT:    Brian R. Dugdale, Esq.
  Varela, Lee, Metz & Guarino, LLP
  Tysons Corner, VA

APPEARANCES FOR THE GOVERNMENT:    Thomas H. Gourlay, Jr., Esq.
  Engineer Chief Trial Attorney
  Dawn-Carole Harris, Esq.
  Cindy E. Shimokusu, Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District, Fort Worth

## ORDER OF DISMISSAL

As a result of mediation proceedings before the Board, the parties have settled this appeal. Having received payment of the settled amount, appellant has moved for dismissal of the appeal, with prejudice. Appellant's motion is granted. This appeal is dismissed, with prejudice.

Dated: 8 October 2015

PETER D. TING
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58756, Appeal of Tug Hill Construction, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals